IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARITZA CRUZ ERAZO ET AL

Plaintiff                                    CIVIL NO. 97-1758 (SEC)

v.

CARLOS RIVERA MONTAñEZ ET AL

Defendant

### NOTICE OF DEFICIENT PLEADING (BILL OF COSTS)

A Bill of Costs having been filed in this case pursuant to Fed. R. Civ. P. 54(d), 28 U.S.C. §§ 1920 et seq., the Taxation of Costs Guidelines (the "Guidelines"), and the Local Rules of this Court, the Clerk hereby gives notice of the following deficiencies in said pleading:

- ❏ Taxable costs are deemed waived due to non-compliance with limit set forth in the Guidelines, which provide that Bill of Costs shall be filed within ten (10) days after notice of entry of judgment.

- ❏ Taxable costs are not properly itemized.

- ❏ Bill of Costs was not verified by Certificate of Counsel pursuant to 28 U.S.C. § 1924, indicating that the itemized schedule of taxable costs is correct, that same were necessarily incurred in the case, and that services for which fees have been charged were actually and necessarily performed.

- ❏ Bill of Costs was not prepared on Bill of Costs Form AO-133 (Rev. 9/89) or substantially similar filing.

- ❏ As allowances or amounts claimed are not obvious on their face, party must file appropriate documentation or legal memorandum.

    - ❏ Claimed costs incident to taking of deposition are not supported by adequate documentation such as would allow proper taxation.

    - ☒ Other: Taxable costs are deemed waived due to non-compliance with limit set forth in the notification (Docket #20, dated 7/20/99), which provided that Defendants shall file, within ten (10) days, specific details as to why the

**Civil No. 97-1758 (SEC)**  **Page -2-**

claimed cost should be allowed.

**WHEREFORE,** claimant failed to comply with the notice of the Clerk constitute waiver of the right to recover all costs.

In San Juan, Puerto Rico, this 8th day of March, 2000.

**FRANCES RIOS DE MORAN
CLERK OF COURT**

*José M. Morales*
**José M. Morales, Chief Deputy Clerk**